APW

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

FRANK ROCCO GIUSTINO,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

**P R O P O S E D   O R D E R**

CR 22-MJ-32 (SIL)

Upon the application of BREON PEACE, United States Attorney for the Eastern

District of New York, by Assistant United States Attorney Andrew P. Wenzel , for an order

unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be

unsealed.

Dated:    Central Islip, New York
             February 16,  , 2023
    _____

s/ Arlene R. Lindsay

_____

HONORABLE ~~STEVEN I. LOCKE~~ ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK